# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SCHAUFUS,<br><br>   Plaintiff,<br><br>   v.<br><br>FREEDOM MORTGAGE CORPORATION; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No.: 3:23-cv-01252-W-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE, DENYING AS MOOT MOTION TO DISMISS, AND DISMISSING DOE DEFENDANTS WITHOUT PREJUDICE** |

Plaintiff Donald Schaufus and Defendant Freedom Mortgage Corporation ("Freedom") filed a joint motion to dismiss Freedom from this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 11]. Freedom is dismissed from this action with prejudice. Per the terms of the joint motion, each party will bear its own fees and costs. Freedom's pending motion to dismiss is **DENIED AS MOOT** [Doc. 8].

Because no other Defendant is named, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's case against all Defendants other than Freedom. *See Wakefield v. Thompson*, 177 F.3d 1160, 1163 (9th Cir. 1999); *Hernandez v. San Bernardino Cnty*, 2023 U.S. Dist. LEXIS 14476, 2023 WL 3432206 (C.D. Cal. Jan. 26,

//

//

2023).  Plaintiff may file an amended complaint to identify a Doe Defendant and amend his allegations to include a Doe Defendant dismissed without prejudice by this Order.

The Court further instructs the Clerk to close the case.

**IT IS SO ORDERED.**

Dated:  August 21, 2023

_____
Hon. Thomas J. Whelan
United States District Judge